IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEE WOOFENDEN,

Defendant

-vs-

EDWIN ARCARO,
Appeals Team Manager,
Internal Revenue Service

Case No. 05 11408 WGY

RECEIPT # 65353
AMOUNT $ 250
SUMMONS ISSUED: YES
LOCAL RULE 4.1
WAIVER FORM
MCE ISSUED
BY DPTY. CLK.
DATE

MAGISTRATE JUDGE

MEMORANDUM IN SUPPORT OF PETITION FOR REVIEW OF

DETERMINATION OF INTERNAL REVENUE SERVICE

OFFICE OF APPEALS

COMES NOW the above captioned *pro se* Petitioner, Lee Woofenden, who respectfully shows and proves to the court the following:

**Jurisdiction:**

1. That jurisdiction and venue of this court is invoked pursuant to Title 26 U.S.C. § 6330, this being a petition for judicial review of a determination by the Internal Revenue Service Office of Appeals.

2. This case is properly venued in this court. The United States Tax Court does not have jurisdiction because, *inter alia*, Title 26 C.F.R. § 601.102 states in relevant part,

*§ 601.102 Classification of taxes collected by the Internal Revenue Service*

> (b) *Assessed taxes. Taxes collected principally by assessment fall into the following two main classes:*
> (2) **Taxes not within the jurisdiction of the U.S. Tax Court.** *Taxes not imposed by chapter 1, 2, 3, or 4 of the 1939 Code or subtitle A or chapter 11 or 12 of the 1954 Code are within this class, such as:*
> (i) **Employment taxes**. [Emphasis added]

3. The controversy involves an alleged employment tax for tax years 1998, 1999 and 2000.

4. The Petitioner is within the 30 day limitation imposed by Title 26 U.S.C. § 6330, which states in relevant part, *"(d) Proceeding after hearing.-- (1) Judicial review of determination.--The person may, within 30 days of a determination under this section, appeal such determination—(B) * * * to a district court of the United States."* The adverse determination notice was dated June 10, 2005. See Exhibit 1: "Notice of Determination."

**Parties:**

5. The Petitioner in this action is Lee Woofenden (hereinafter, "Woofenden"), a citizen of the state of Massachusetts. His mailing address is 88 Pearl Street, Middleboro, Massachusetts 02346.

6. The Respondent in this action is Edwin Arcaro, (hereinafter, "Arcaro") Appeals Team Manager, Appeals Office of the Internal

Revenue Service. His mailing address is 10 Causeway Street, Room 493, Boston, Massachusetts 02222.

### Statement of Claim:

7. Arcaro is the adverse party of this litigation because the actions complained of constitute actions committed in his individual capacity. For the purposes of serving the complaint, and to the extent that our courts might deem it proper, Arcaro is also being sued in his official capacity.

8. The Internal Revenue Service issued an alleged "Notice of Deficiency" alleging tax liability in the amount of $35,897.41.

9. Woofenden timely requested a Collections Due Process ("CDP") hearing, but the hearing never took place because Woofenden was denied a face-to-face meeting which the law and regulations afford him.

10. At the appeals conference hearing, Woofenden wished to address the matter of the existence of a legitimate liability, because he never received any statutory notice of deficiency. Title 26 § 6330 (c)(2)(B) states in relevant part,

> *"(c) Matters considered at hearing. – In the case of any hearing conducted under this section--*
> *(1) Requirement of investigation.--The appeals officer shall at the hearing obtain verification from the*

> *Secretary that the requirements of any applicable law or administrative procedure have been met.*
> *(2) Issues at hearing.--*
>    *(A) In general.--The person may raise at the hearing any relevant issue relating to the unpaid tax or the proposed levy, including--*
>       *(i) appropriate spousal defenses;*
>       *(ii) challenges to the appropriateness of collection actions; and*
>       *(iii) offers of collection alternatives, which may include the posting of a bond, the substitution of other assets, an installment agreement, or an offer-in-compromise.*
>    *(B) Underlying liability.--**The person may also raise at the hearing challenges to the existence or amount of the underlying tax liability for any tax period if the person did not receive any <u>statutory</u> notice of deficiency for such tax liability** or did not otherwise have an opportunity to dispute such tax liability."*
> [Emphasis added]

11. The alleged "Notice of Deficiency" does not comport with the statutory provisions of Title 26 U.S.C. § 6211 and 6212, for the reasons indicated herein and in the accompanying "Memorandum in Support of Petition for Judicial Review of a Hearing by the Internal Revenue Service Office of Appeals," which is incorporated herewith by reference thereto.

12. There exists no statutory tax return for tax years 1998, 1999 and 2000. If any documents purporting to be tax returns for the year in question exist, they do not comport with the statutory provisions of Title 26 U.S.C. § 6020(b)(2).

13. Woofenden is not an officer of a foreign corporation or involved in any way with a foreign tax exempt organization.

14. Woofenden has received no foreign earned income during tax years 1998, 1999 and 2000.

15. The Form 4340 that Arcaro relied upon to make his determination as evidence of a tax liability, is hearsay, and should have been stricken from the record.

16. The Form 4340 is hearsay, in that it is not a document made contemporaneously in the normal course of business, and therefore not a hearsay exception of Federal Rules of Evidence Rule 803(6).

17. Form 4340 does not comport with the best evidence rule, and should therefore be excluded from any consideration by the appeals officer.

## Relief Sought:

1. The Petitioner prays that this court find that the Respondent erred when he relied upon Form 4340 as evidence of a lawful assessment for tax years 1998, 1999 and 2000;

2. that the Respondent erred when he determined that a *statutory* deficiency existed, with respect to tax years 1998, 1999 and 2000;

3. that the Respondent erred in that he failed to substantially verify that all legal and administrative requirements had been met; and,

4. that this court ORDER an abatement of further collection efforts against Petitioner with respect to tax years 1998, 1999 and 2000.

Respectfully submitted this second day of July, 2005.

*[signature: Lee Woofenden]*

Lee Woofenden
88 Pearl St.
Middleboro, Massachusetts
02346-2210

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) County of Residence of First Listed Plaintiff   **Plymouth**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**26 USC § 6330**

Brief description of cause:
**Erroneous Collections Due Process Determination**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

Certified Mail # 7003 3110 0001 4366 7934

                                                           Lee Woofenden
                                                           88 Pearl St.
                                                           Middleboro, Mass. 02346

Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston MA 02210

July 2, 2005

Dear Clerk,

       Enclosed herewith, please find:

1.     six copies of a civil complaint; the original is on top;

2.     a filled out summons form; and,

3.     the filing fee.

      Please keep the original copy of the complaint, and send the extra copies, with summons, clocked, to me at the address indicated in the letterhead above;

      Your kind attention to this matter is sincerely appreciated.

                                                     Thank you,

                                                   *[signature]*

                                                   Lee Woofenden