IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE WOOFENDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-11408-WGY |
| | ) |
| EDWIN ARCARO, APPEALS TEAM MANAGER, INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' MOTION TO DISMISS

The United States, by its undersigned counsel, hereby moves to dismiss this proceeding pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.[1]  A memorandum in support of this motion is attached.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

  9/23/05 - Lydia Bottome Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

---

[1] As plaintiff has not provided a telephone number on his complaint or summons, counsel for the United States is unable to comply with Local Rule 7.1(b).  In any event, it is unlikely that the issues could be narrowed as this motion seeks dismissal on jurisdictional grounds.

1358166.1