UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11408-WGY

WOOFENDEN
Plaintiff

v.

ARCARO
Defendant

ORDER OF DISMISSAL

YOUNG,C.J.

After a hearing held on    11/15/05    ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Sarah A. Thornton
Clerk

By:   /s/ Elizabeth Smith

Deputy Clerk

November 16, 2005

Notice mailed to counsel of record.