```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-11408-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   LEE WOOFENDEN,                 *
                                    *
 7              Plaintiff,          *
                                    *
 8   v.                             *    MOTION HEARING
                                    *
 9   EDWIN ARCARO, APPEALS TEAM     *
     MANAGER, INTERNAL REVENUE      *
10   SERVICE,                       *
                                    *
11              Defendant.          *
                                    *
12   * * * * * * * * * * * * * * * *

13

14           BEFORE:  The Honorable William G. Young,
                              District Judge
15

16
     APPEARANCES:
17

18           LEE WOOFENDEN, Pro Se, 88 Pearl Street,
     Middleboro, Massachusetts 02346
19

20           STEPHEN J. TURANCHIK, Trial Attorney, Tax
     Division, U.S. Department of Justice, P.O. Box 55,
21   Ben Franklin Station, Washington, D.C., 20044, on
     behalf of the Defendant
22

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       November 15, 2005
```