# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

LEE WOOFENDEN,

Petitioner,

-vs-

EDWIN ARCARO,
Appeals Team Manager,
Internal Revenue Service

Respondent.

DEC 12 2005

Case No. **05-11408-WGY**

## NOTICE OF APPEAL

COMES NOW Lee Woofenden, Petitioner *pro se*, who hereby gives Notice that he appeals to the United States Court of Appeals for the 1th Circuit from an ORDER OF DISMISSAL by the U.S. District Court for the District of Massachusetts filed November 16, 2005 dismissing this action

The Respondent in this action is Edwin Arcaro, Appeals Team Manager, of the Internal Revenue Service.

Dated this 10th day of December, 2005.

[signature]

Lee Woofenden
88 Pearl St.
Middleboro, Mass. 02346

# CERTIFICATE OF SERVICE

It is hereby certified by the undersigned, a citizen of Massachusetts over the age of 21 years, that the following documents:

(1) PETITIONER'S NOTICE OF APPEAL; and,

(2) CERTIFICATE OF SERVICE;

have been sent to the following parties, via the United States Postal Service, postage having been paid, on December, 10th, 2005.

Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Mass. 02210

Lydia Bottome Turanchik
Trial Atty., Tax Division
U.S. D.O.J.
P. O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Lee Woofenden
88 Pearl St.
Middleboro, Mass. 02346

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEE WOOFENDEN,<br><br>Petitioner,<br><br>-vs-<br><br>EDWIN ARCARO,<br>Appeals Team Manager,<br>Internal Revenue Service<br><br>Respondent. | Case No. **05-11408-WGY** |

12/12/05
FOM

# NOTICE OF APPEAL

wrong

COMES NOW Lee Woofenden, Petitioner *pro se*, who hereby gives Notice that he appeals to the United States Court of Appeals for the 1th Circuit from an ORDER OF DISMISSAL by the U.S. District Court for the District of Massachusetts filed November 16, 2005 dismissing this action

Money order Return Fee

The Respondent in this action is Edwin Arcaro, Appeals Team Manager, of the Internal Revenue Service.



UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
15-800
000

SERIAL NUMBER 09126066936
YEAR, MONTH, DAY 2005-12-05
POST OFFICE 023460
U.S. DOLLARS AND CENTS $250.00¢

DEC 1 AMOUNT TWO HUNDRED FIFTY DOLLARS & 00¢

PAY TO U.S. District Court, Dist. of Mass.
ADDRESS U.S. Courthouse, 1 Courthouse way
Boston, MA 02210
C.O.D. NO. OR USED FOR

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING
FROM Lee Woofenden
CLERK 003
ADDRESS 88 Pearl St.
Middleboro MA 02324

⑆000000800 2⑆ 09126066936⑈