# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11408

Lee Woofenden

v.

Edwin Arcardo

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 20, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/21/05

*[signature]*

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11408-WGY

Woofenden v. Arcaro
Assigned to: Chief Judge William G. Young
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 07/05/2005
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Petitioner**

Lee Woofenden

represented by Lee Woofenden
88 Pearl Street
Middleboro, MA 02346-2210
PRO SE

V.

**Respondent**

Edwin Arcaro
*Appeals Team Manager, Internal Revenue Service*

represented by Lydia Bottome Turanchik
U.S. Department of Justice - Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20001
202-307-6560
Fax: 202-514-5238
Email: Lydia.D.Bottome@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/05/2005 | 1 | MEMORANDUM IN SUPPORT OF PETITION FOR REVIEW OD DETERMINATION OF INTERNAL REVENUE SERVICE OF APPEALS against Edwin Arcaro Filing fee: $ 250, receipt number 65353, filed by Lee Woofenden.(Catino, Theresa) Additional attachment(s) added on 7/6/2005 (Catino, Theresa). (Entered: 07/06/2005) |
| 07/05/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Catino, Theresa) (Entered: 07/06/2005) |
| 07/05/2005 | | Summons Issued as to Edwin Arcaro. (Catino, Theresa) (Entered: 07/06/2005) |

| | | |
|---|---|---|
| 09/23/2005 | 2 | MOTION to Dismiss by Edwin Arcaro.(Turanchik, Lydia) (Entered: 09/23/2005) |
| 09/23/2005 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by Edwin Arcaro. (Turanchik, Lydia) (Entered: 09/23/2005) |
| 10/14/2005 | | NOTICE of Hearing on Motion 2 MOTION to Dismiss: Motion Hearing set for 11/15/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition is due forthwith.(Smith, Bonnie) (Entered: 10/14/2005) |
| 10/14/2005 | 4 | REPLY to Response to Motion re 2 MOTION to Dismiss filed by Edwin Arcaro. (Turanchik, Lydia) (Entered: 10/14/2005) |
| 10/17/2005 | 5 | Opposition re 2 MOTION to Dismiss filed by Lee Woofenden. (Smith, Bonnie) (Entered: 10/18/2005) |
| 11/15/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 11/15/2005 re 2 MOTION to Dismiss filed by Edwin Arcaro,, After hearing the Motion to Dimiss is ALLOWED ORDER OF DISMISSAL TO ENTER. Motions terminated: 2 MOTION to Dismiss filed by Edwin Arcaro,. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 11/16/2005) |
| 11/16/2005 | 6 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE(Smith, Bonnie) (Entered: 11/16/2005) |
| 11/22/2005 | 7 | TRANSCRIPT of Proceedings held on 11/15/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 11/22/2005) |
| 12/12/2005 | 8 | NOTICE OF APPEAL as to 6 Order Dismissing Case by Lee Woofenden. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. cc/cl. Appeal Record due by 1/1/2006. (Attachments: # 1 Notice of check returned to Petitioner-wrong fee)(Bell, Marie) (Entered: 12/15/2005) |
| 12/15/2005 | | Filing fee: $ 255.00, receipt number 68967 and 68968 regarding Notice of Appeal (Patch, Christine) (Entered: 12/20/2005) |