# United States Court of Appeals
## For the First Circuit

No. 06-1057

LEE WOOFENDEN,

Petitioner, Appellant,

v.

EDWIN ARCARO, APPEALS TEAM MANAGER,
INTERNAL REVENUE SERVICE,

Respondent, Appellee.

**JUDGMENT**

Entered: October 6, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. A sanction of $2,000 is imposed on the appellant Lee Woofenden. See Fed. R. App. P. 38.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/28/06

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[Certified copies to Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Woofenden, Ms. Bottome, Ms. Snyder and Mr. Pincus.]